JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| MARIANO CASTRO, | ) | NO. SA CV 16-1007-PA(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| WARDEN RAYMOND MADDEN, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: October 4, 2016

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE